United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINE SHEREY ROBINSON., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-19-2695 |
| § | |
| ANDREW SAUL, § | |
| COMMISIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |
| § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
AND DISMISSING CASE**

This court has reviewed the Memorandum and Recommendation of United States Magistrate Judge Christina A. Bryan, signed on July 14, 2020. (Docket Entry No. 14). The court has also considered Ms. Robinson's objections filed on July 28, 2020, (Docket Entry No. 15), and made a *de novo* determination. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C).

Based on the pleadings, the record, and the applicable law, the court overrules Ms. Robinson's objections and adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge's decision denying disability insurance benefits was consistent with the record evidence and the applicable legal standards. It is ordered that Ms. Robinson's motion for summary judgment be denied and the Commissioner's motion for summary judgment be granted. Final judgment is entered by separate order.

SIGNED on August 4 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge